**Dennis G. LEPORIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79085**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 22, 2016

Emmett Queener, Columbia, MO, for Appellant

Karen Kramer, Jefferson City, MO, for Respondent

Before Division Three: Alok Ahuja, P.J., Victor C. Howard, and James Edward Welsh, JJ.

**ORDER**

Per Curiam:

Dennis G. Leporin appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Vaughn L. KREPPS, Appellant.**

**WD 78679**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 22, 2016

Damien De Loyola, Kansas City, MO, Counsel for Appellant

Colette Neuner, Jefferson City, MO, Counsel for Respondent

Before Division One: Thomas H. Newton, P.J., Cynthia L. Martin, and Edward R. Ardini, Jr., JJ.

**ORDER**

Per Curiam:

Mr. Vaughn L. Krepps appeals his conviction in Jackson County Circuit Court, following a jury trial, for one count of second degree murder, § 565.021, and one count of armed criminal action, § 571.015, for which he was sentenced to two concurrent life sentences in the Department of Corrections. We affirm. Rule 30.25(b).